IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRIAN THORNTON                                                      PLAINTIFF

vs.                              Civil No. 6:16-cv-06122

NANCY A. BERRYHILL                                                 DEFENDANT
Acting Commissioner, Social Security Administration

**J U D G M E N T**

Comes now the Court in accordance with the Memorandum Opinion entered in the above-
styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the
Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is
hereby dismissed with prejudice.

**ENTERED this 5th day of February 2018.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE